UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AYANA HART,

        Plaintiff,

v.                                                    Case No:   8:25-cv-1813-JLB-TGW

HORUS CONSTRUCTION
SERVICES, INC. and HORUS
ACADEMY, INC.,

        Defendants.

                           /

## ORDER

Plaintiff Ayana Hart moves unopposed to consolidate this action with *Hart et al. v. Horus Construction Services, Inc. et al.*, 8:24-cv-02367-JLB-LSG, a related action that is also pending before this Court.  (Doc. 36).  Plaintiff reports that this action was filed separately because some of Plaintiff's claims required her to wait for the EEOC to complete its investigation and issue a Notice of Right to Sue Letter. (*Id.* at 1–2).  Upon review, the Court agrees with Plaintiff that the actions are sufficiently related to merit consolidation under Federal Rule of Civil Procedure 42(a) and Local Rule 1.07(b): both complaints assert claims arising from Plaintiff's joint employment with Defendants Horus Construction Services, Inc. and Horus Academy, Inc.  (*See* Doc. 20); (Doc. 7, *Hart et al. v. Horus Constr. Servs., Inc. et al.*, 8:24-cv-02367-JLB-LSG (M.D. Fla. Oct. 18, 2024)).  Defendants do not oppose consolidation.  (Doc. 36 at 2).

Accordingly, it is **ORDERED** that:

1.  Plaintiff's Unopposed Motion to Consolidate (Doc. 36) is **GRANTED**. The Court consolidates Case Nos. 8:24-cv-02367-JLB-LSG and 8:25-cv-01813-JLB-TGW for all purposes.

2.  The Court designates 8:25-cv-01813-JLB-TGW as the lead case. All filings from this point forward shall be filed in the lead case, and the parties shall follow the lead case's Case Management and Scheduling Order (Doc. 35).

3.  The Clerk of Court is **DIRECTED** to file a copy of this Order in the consolidated cases. The Clerk is further **DIRECTED** to terminate any pending deadlines in Case No. 8:24-cv-02367-JLB-LSG, deny any pending motions as moot, close the file, and docket the pleadings of Case No. 8:24-cv-02367-JLB-LSG in this case.

**ORDERED** in Tampa, Florida, on March 13, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2